No. 90–6386.   BAILEY v. COLORADO.   Ct. App. Colo.   Certiorari denied.

No. 90–6389.   HARRIS v. MURRAY ET AL.   C. A. 4th Cir. Certiorari denied.

No. 90–6390.   HAYES v. GENOVESE ET AL.   C. A. 6th Cir. Certiorari denied.

No. 90–6395.   WRIGHT v. NEW YORK.   C. A. 2d Cir.   Certiorari denied.

No. 90–6414.   MATTOX v. FLORIDA.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 90–6420.   HUNZIKER ET AL. v. GERMAN-AMERICAN STATE BANK ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 90–6426.   KING v. PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.   C. A. 5th Cir.   Certiorari denied.

No. 90–6552.   MONIZ v. STORIE.   C. A. 8th Cir.   Certiorari denied.

No. 90–515.   LOCKHEED SHIPBUILDING CO. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL.   C. A. 9th Cir.   Motion of respondent Wilborn Stevens for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 90–575 (A–451).   TIGER INN v. FRANK ET AL.   Sup. Ct. N. J.   Application for stay of mandate, presented to JUSTICE SOUTER, and by him referred to the Court, denied.   Certiorari denied.

No. 90–631.   AMERICAN SPECIAL RISK INSURANCE CO. ET AL. v. ROHM & HAAS CO. ET AL.   C. A. 10th Cir.   Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–647.   GRIMES v. CENTERIOR ENERGY CORP.   C. A. D. C. Cir.   Motion of United Shareholders Association for leave to file a brief as *amicus curiae* granted.   Certiorari denied.